UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ALEXIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | Case No. CV 15-1529-ODW (GJS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint and all pleadings, motions, and other documents filed in this action, the Report and Recommendation of United States Magistrate Judge ("Report"), and Plaintiff's Objections to the Report. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of those portions of the Report to which objections have been stated.

　　　Nothing in the Objections affects or alters the analysis and conclusions set forth in the Report. The Court notes, however, that Plaintiff takes exception to the April 13, 2015 Order of the Chief United States Magistrate Judge, which transferred this case from the calendar of former United States Magistrate Judge Stephen Hillman to the calendar of United States Magistrate Judge Gail J. Standish. Plaintiff objects to

1  this transfer and alleges that the United States Government "purposely and
2  intentionally" removed Magistrate Judge Hillman and replaced him with another
3  Magistrate Judge for improper purposes. Plaintiff's Objection is factually baseless
4  and without merit. The transfer of this case to another Magistrate Judge occurred
5  because Magistrate Judge Hillman retired effective April 10, 2015, and thus, is no
6  longer available to handle this or any other case pending in this district.
7      The Court accepts the findings and recommendations set forth in the Report.
8  Accordingly, IT IS ORDERED that: (1) Defendants' motions to dismiss are
9  granted; (2) the Complaint is dismissed without leave to amend; and (3) Judgment
10 shall be entered dismissing this action with prejudice.
11     LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: June 15, 2015

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE