# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ALEXIS,<br><br>       Plaintiff,<br><br>       v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>       Defendants. | Case No. CV 15-1529-ODW (GJS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: June 15, 2015.

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE